IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LYNN WATERS,

      Plaintiff,                    No. 2:12-cv-2794 EFB P

      vs.

T. VIRGA, et al.,

      Defendants.          <u>ORDER</u>

                             /

      Plaintiff is a prisoner confined to California State Prison, Sacramento. He proceeds pro se and seeks a preliminary injunction to avoid being double-celled. As discussed below, plaintiff has not properly commenced a civil action.

      A complaint is necessary for the commencement of a civil action and must contain a short and plain statement of plaintiff's claim, showing that he is entitled to relief. Fed. R. Civ. P. 3; Fed. R. Civ. P. 8. Plaintiff may draft his claims on the form complaint used by this court.

      To proceed with a civil action, a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund

1

1  account statement (or institutional equivalent) for the prisoner for the 6-month period
2  immediately preceding the filing of the complaint . . . , obtained from the appropriate official of
3  each prison at which the prisoner is or was confined." In order to proceed, plaintiff must either
4  pay the filing fee or comply with the *in forma pauperis* statute.
5       Until plaintiff submits a complaint and either pays the filing fee or meets the
6  requirements of 28 U.S.C. § 1915(a), there simply is no case before the court.
7       Accordingly, it hereby is ORDERED that:
8       1. The Clerk of the Court shall send to plaintiff the form complaint and application for
9  leave to proceed in forma pauperis used in this court.
10      2. Withing 30 days of the date of this order, plaintiff shall either pay the $350 filing fee
11 or submit a complete application for leave to proceed in forma pauperis; and
12      3. Within 30 days of the date of this order, plaintiff shall submit a complaint stating the
13 nature of the action and his belief that he is entitled to redress. Failure to comply with this order
14 may result in a recommendation that this action be dismissed.
15 DATED: November 20, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE