IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LYNN WATERS,

        Plaintiff,                 No. 2:12-cv-2794 EFB P

   vs.

T. VIRGA, et al.,

        Defendants.       ORDER

                                /

      Plaintiff is a prisoner confined to California State Prison, Sacramento. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      On November 20, 2012, the court issued an order informing plaintiff he had failed to properly commence this action with a complaint, *see* Fed. R. Civ. P. 3, and that he had failed to pay the filing fee or seek leave to proceed in forma pauperis, *see* 28 U.S.C. §§ 1914(a), 1915(a). Dckt. No. 3. The court directed plaintiff to, within 30 days, pay the $350 filing fee or submit a complete application for leave to proceed in forma pauperis, and file a complaint. *Id.* The 30-day period set in the November 20, 2012 order has expired and plaintiff has not paid the required filing fee, sought leave to proceed in forma pauperis, or filed a complaint. On November 29,

1 | 2012, plaintiff filed an "emergency motion" for a preliminary injunction, which is not responsive
2 | to the court's order.
3 |     Accordingly, it hereby is ORDERED that this action be dismissed without prejudice.
4 | DATED: December 20, 2012.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE